**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

**FILED**
CIVIL DIVISION
SEP 10 2024
Superior Court of the
District of Columbia

Case No. _____ 2024   5748 _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF**
Svetlana Dali (homeless)

Address (No Post Office Boxes)
2134 Emerson Street

City: Philadelphia   State: PA   Zip Code: 19152

Telephone Number
646-498-5392

Email Address (optional)
dali8467svetlana@gmail.com

vs

**DEFENDANT**
Walter Reed National Military Medical Center

Address (No Post Office Boxes)
4494 Palmer Rd N, Bethesda, MD

City: ___   State: ___   Zip Code: 20814

Telephone Number
(301) 295-4000

Email Address (optional)
USN.BETHESDA.NSABETHESDAMD.
MBX.NSAB-ACCESS@HEALTH.MIL

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I am a Jurist and I pass a CeRS "Toxicology" and "Criminal Medecine". I was poiso-
ned on Germany (2023) by Warfare Chemical Agents (Military poisons) and I have
medical Tests about. Also I was ABUSED by Drugs. 09/03/2024 I was poisoned
in Washington DC and I came to Hospital. In office of Hospital told me that
Civil Hospital can not to make Test for WCA because It is not in Civil Use.
Without this Test unpossible to make Police REPORT, make INVESTIGATION, to
find a Person WHO respond for this TERRORISTIC Act unpossible request, PO...
My Grandchildren was injured by WCA and DRUGS (2013 and 2017 dob) one is handicap one's have hea...
adhi and Test can not put him a diagnosis because in civilab unpossible find any wc..

2. What relief are you requesting from the Court? Include any request for money damages.

I please to make a descision to obligate Walter Reed National Military
Medical Center to make me spectral blood test (Massenspectrometrie)
Toxicology/Diagnostic/Full screen/WCA, Nuclear RCA, DRUGS include)
for Chemical Substantion That are not in Civil Use.

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3.   State any other information, of which the Court should be aware:

This Military Center agree to make me the test that I requesting but they requested some e-mail with "Please" from any Government mail. I spend one week to find some, who can make the email to the Military Center But Representative By my living State Congresswoman Eleanor Holmes Norton, C.SOSA (who making a tests for Chemical Substation that are not in Civil Use) and many alse denyed my Please to write the email that is requested By Military Hospital.
I have continuely paine, wormiting with blood etc, but without the Test Toxicologist can not Help me. By LAW USA they can not to use any Result of Test from any Countries axept USA.

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Svetlana Dali*

**SIGNATURE**

09 /

**DATE**

Subscribed and sworn to before me this _____ 10 _____ day of _September_ 20 24 .

_____

(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Svetlana Dali_
_____
Plaintiff

vs.

Case Number **2 0 2 4    5 7 4 8**

_Walter Reed National Military Medical Center_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_I Represent myself_
Name of Plaintiff's Attorney

_(I am Honeeless) 2134 Emerson Street_
Address
_Philadelphia PA 19152 (for mail)_
_646-498-5392_
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오.    ለ�ማ�ር� �ተርጓ� ስልክ�ጥ� (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                    Demandante

contra

_____              Número de Caso: _____
                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

**SECRETARIO DEL TRIBUNAL**

Nombre del abogado del Demandante

Por: _____

Dirección                                                                  Subsecretario

Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828 로 전화주십시오          ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

Fecha _____

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                  Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Svetlana Dali_ _____
                                    Plaintiff

                    vs.

2024   5748

Case Number _____

_CSOSA (Washington DC)_ _____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_by myself_ _____
Name of Plaintiff's Attorney

_Homeless (2134 Emerson Street_ _____
Address

_Philadelphia PA19152_ _____

Telephone

如需翻译,请打电话 (202) 879-4828         Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202)879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                    Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                            Demandante

              contra                                    Número de Caso: _____

_____
                             Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    **SECRETARIO DEL TRIBUNAL**

_____
Nombre del abogado del Demandante

                                              Por: _____
_____                                    Subsecretario
Dirección

_____

                                              Fecha: _____
_____

Teléfono: _____
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
한국어로 번역이 필요하면 (202) 879-4828 로 전화 주십시요          የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Svetlana Dali*
Plaintiff(s)

Case Number: **2024   5748**

Date: **09/10/2024**

vs

*Walter Reed National Military Medical Center*
Defendant(s)

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.:          DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☒ Non-Jury      ☐ 6 Person Jury         ☐ 12 Person Jury
Demand: $_____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☒ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure    ☐ Ejectment      ☐ Other
☐ Declaratory Judgment                          ☐ Eminent Domain  ☐ Quiet Title
☐ Drug Related Nuisance Abatement          ☐ Interpleader     ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [x] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_Svetlana Dali_
Filer/Attorney's Signature

_09/10/2024_
Date

CV-496/February 2023

## **ADDENDUM TO COMPLAINT**

CASE NO. 0 2 4   5 7 4 8

### **ADDITIONAL PARTY NAMES AND ADDRESSES**

*CSOSA (Washington DC)*

☐ PLAINTIF        ☒ DEFENDANT        ☐ PLAINTIFF        ☐ DEFENDANT

*633 Indiana Ave NW*
Address (No Post Office Boxes)        Address (No Post Office Boxes)

*Washington DC   20001*
City        State        Zip        City        State        Zip

*202 585 4215*
Telephone Number        Telephone Number
*(202) 585-7374*

Email Address (Optional)        Email Address (Optional)

☐ PLAINTIF        ☐ DEFENDANT        ☐ PLAINTIFF        ☐ DEFENDANT

Address (No Post Office Boxes)        Address (No Post Office Boxes)

City        State        Zip        City        State        Zip

Telephone Number        Telephone Number

Email Address (Optional)        Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF            ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF            ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIF            ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF            ☐ DEFENDANT

Address (No Post Office Boxes)

City          State          Zip

Telephone Number

Email Address (Optional)

Astrid Röckert
Heilpraktikerin
Semmelweegstraße 15
36088 Erfurt
Telefon 0361.21 66 87 73
Fax    0361.21 66 87 35
info@naturheilpraxis-roeckert.de
www.naturheilpraxis-roeckert.de

Zusatz

Bioresonanz-3000.de
Karlheinz und Birgit Sauer GBR
TeL: 06095/999233 e-mail: post(at)bioresonanz-3000.de

Zavadskaya Svetlana Anatoleyevna
Fokus: Magenschmerzen
vom 03.11.2023 18:30:12

Resonanzen
R
6 Tioglykolsäure       96
6 Tueracetophenol      96
6 Tioglykolsäure       96
6 Tueracetophenol      93
4 Tioglykolsäure       93
5 Technetim 99m        93
5 Polonium             93
4 Germanium            91
3 Germanium            91
4 Tioglykolsäure       91
7 Formaldehyd          91
7 Tioglykolsäure       91
4 Plutonium            91
3 Chrom_Kobalt_Molybdän 91
3 Technetim 99m        91
7 Polonium             91
7 Tueracetophenol      91
5 Tioglykolsäure       91
7 Sonic Acid           91
7 Formaldehyd          90
6 Formaldehyd          90
5 Polonium             90
6 Tioglykolsäure       89
5 Thorium 232          89
3 Thorium              89
3 Technetim 99m        89



```
5    89
 Thorium 232
3    89
 Technetim 99m
3    89
 Plutonium
6    88
 Alpha Keteo
7    87
 Uran 238
7    87
 Toluol
2    87
 Toluol
7    87
 Novithok
4    87
 Novithok
7    87
 Beryllium
7    87
 Adamsig
7    87
 Cs
7    87
 Chrom Kobalt Molybdän
2    87
 Nobium
7    87
 Germanium
6    86
 PA
6    86
 Nobium
4    85
 Germanium
7    85
 Zinkoxid
7    85
 Fosgin
4    85
 Fosgin
7    85
 Toluol
1    85
 Wismut
7    85
 Acethylcholin Hydro
1    85
 Acethylcholin Hydro
2    85
 Polyester
7    85
 Chrom Kobalt Molybdän
1    85
 Thorium 232
4    85
 Senile Acid
```



7    84
 Quecksilber
5    84
 Uran 238
6    84
 Novithok
5    84
 Polonium
6    84
 Adamsig
6    84
 Polyester
6    84
 Zinkoxid
6    84
 Germanium
2    83
 Nobium
3    83
 Fosgin
3    83
 Tioglykolsäure
3    83
 Wismut
2    83
 Uran 235
6    82
 Novithok
6    82
 Fosgin
6    82
 Zinkoxid
6    82
 Cs
6    82
 PA
5    82
 Thorium 232
7    82
 Iprit
6    82
 Uran 235
7    81
 Chrom Kobalt Moybdän
1    81
 Wismut
1    81
 Fosgin
7    81
 Zinkoxid
7    81
 Plutonium 239
7    81
 Nobium
6    80
 Beryllium
6    80
 Nobium



```
5    80
 Fosgin
5    80
 Adamsig
5    80
 Thorium 232
5    80
 Thorium 232
6    80
 Alpha Keteo
6    80
 Tuoracetophenol
7    79
 Chrom Kobalt Moybdän
2    79
 Fosgin
4    79
 PA
4    79
 Iprit
7    79
 Bleisulfat
7    79
 Wismut
6    78
 Radon 222
7    78
 Fosgin
6    78
 Toluol
6    78
 Chinuglicyl-3-Benzylad
7    78
 Sarin
7    78
 Acethylcholin Hydro
7    78
 Chinuglicyl-3-Benzylad
6    78
 Ibrit
7    78
 Tioglykolsäure
3    77
 Wismut
5    76
 Quecksilber
6    76
 Chrom Kobalt Moybdän
7    76
 Chinuglicyl-3-Benzylad
5    76
 Plutonium 239
6    76
 Hanium Polonium Nobium
3    75
 Hanium Polonium Nobium
4    75
 Quecksilber
```



```
4    75
 Quecksilber
7    75
 Fosgin
3    75
 Chinuglicyl-3-Benzylad
4    75
 Cäsium
7    75
 Adamsig
2    75
 Cs
4    75
 Technetim 99m
7    75
 Ludisid
4    75
 PA
3    75
 Iprit
3    75
 Fosgin
5    74
 Toluol
5    74
 Hafnium
7    74
 Iprit
5    74
 Hafnium
6    73
 Ibrit
6    73
 Cäsium 137
7    73
 Sarin
6    73
 Ibrit
6    73
 Radon 222
6    72
 Cs
5    72
 Plutonium 239
5    72
 Ludisid
7    72
 PA
2    71
 Tuoracetophenol
1    71
 Levomyotinin
7    71
 Iprit
4    71
 Alpha Keteo
5    70
 Ibrit
```

⑥

7   70
 Ibrit
1   69
 Cäsium
6   69
 Alpha Keteo
4   69
 Acethylcholin Hydro
6   69
 Toluol
4   68
 Wismut
4   68
 Hanium Polonium Nobium
2   67
 Tuoracetophenol
2   67
 Plutonium
4   67
 Quecksilber
3   66
 Polonium
3   66
 Ibrit
3   66
 Cäsium
4   66
 Ludisid
3   66
 Adamsig
1   65
 PA
1   65
 Ludisid
6   65
 Cyanide
7   64
 Uran 235
5   64
 Uran 238
5   64
 Hafnium
5   64
 Zinkoxid
5   64
 Ibrit
5   64
 Adamsig
4   64
 Cs
3   64
 Ibrit
3   64
 Ibrit
5   64
 Hanium Polonium Nobium
1   63
 Hanium Polonium Nobium

⑦

```
6   63
 Plutonium
5   63
 Technetim 99m
6   63
 Ibrit
1   63
 Chinuglicyl-3-Benzylad
2   62
 Ludisid
5   62
 Polonium
3   62
 Cyanide
6   61
 Bleisulfat
6   61
 Acethylcholin Hydro
5   61
 Chrom Kobalt Molybdän
6   61
 Polonium
5   60
 Sarin
5   60
 Plutonium 239
2   60
 Hafnium
3   25
```

**Bioresonanz-3000.de**
**Karlheinz und Birgit Sauer GBR**
**TeL: 06095/999233 e-mail: post(at)bioresonanz-3000.de**

**Zavadskaya Svetlana Anatoleyevna**
**Fokus: Magenschmerzen**
**vom 03.11.2023 18:10:44**

| Resonanzen | | Zusatz |
|---|---|---|
| E | R | |
| Opium | | |
| 7 | 93 | |
| PCP | | |
| 7 | 93 | |
| Opium | | |
| 6 | 92 | |
| Magic mushrooms | | |
| 3 | 91 | |
| Allprazolam | | |
| 7 | 91 | |
| Opium | | |
| 5 | 90 | |
| PCP | | |
| 5 | 90 | |
| Dimercaprol | | |
| 7 | 90 | |
| Marihuana | | 856313 |
| 7 | 89 | |
| Opium | | |
| 7 | 89 | |
| Oxycodone | | |
| 7 | 89 | |
| Methadone | | |
| 6 | 88 | |
| Buprenorphin | | |
| 7 | 87 | |
| Spice | | |
| 7 | 87 | |
| Loperamide | | |
| 7 | 87 | |
| Mescaline | | |
| 7 | 87 | |
| Arsenic | | |
| 7 | 87 | |
| Arsenic | | |
| 7 | 87 | |
| Fentanyl | | |
| 7 | 87 | |
| Kratom | | |
| 7 | 87 | |
| Kratom | | |
| 4 | 87 | |
| Opium | | |
| 6 | 86 | |
| Speed | | |

7    85
 Heroin
4    85
 Opium
4    85
 Magic mushrooms
2    85
 Rohypnol
7    85
 Heroin
7    85
 Methadone
7    85
 Morphine
7    85
 Speed
7    85
 Speed
6    84
 Buprenorphin
6    84
 Spice
6    84
 Arsenic
6    84
 Fentanyl
5    84
 Khat
6    84
 Speed
6    84
 PCP
6    84
 Morphine
6    84
 Mescaline
6    84
 APVP
7    84
 Bonzos
6    84
 Heroin
7    83
 Opium
4    83
 Bonzos
7    83
 Crack
6    82
 Opium
5    82
 Mescaline
6    82
 Crack
7    81
 Crystal Meth
7    81
 Khat

6    76
 Hallucinogens
5    76
 Opium
2    75
 Khat
2    75
 Mescaline
4    75
 Heavy synthetic drugs
7    75
 Synthetic Cathiones
3    75
 Yama Potpourri                                              8458658
4    74
 Heroin
5    74
 Kratom
5    74
 Cadmium
7    74
 Salvia
7    74
 APVP
6    74
 Ice
6    73
 Opium
2    73
 Synthetic Cannabinoids
3    73
 Allprazolam
6    73
 Salvia
6    73
 Khat
5    72
 Ecstasy
6    71
 Rohypnol
5    71
 Khat
4    71
 Loperamide
5    71
 Synthetic Cannabinoids
2    71
 Mescaline
5    71
 Mescaline
4    71
 Crack
4    69
 Synthetic drugs
7    69
 Crystal Meth
6    69
 Speed

7    81
 Fentanyl
4    81
 Heroin
4    81
 Kokain                                                    4854767
8    80
 Crack
5    80
 Heroin
6    80
 Speed
5    80
 Buprenorphin
6    80
 Rohypnol
6    80
 Bonzos
5    80
 Buprenorphin
7    79
 Cocaine
7    79
 Mescaline
7    79
 PCP
4    79
 PCP
3    79
 Ecstasy
7    78
 Ice
7    78
 Speed
5    78
 Spice
5    78
 Cocaine
5    78
 Cocaine
6    78
 Kratom
3    77
 Arsenic
5    76
 Loperamide
6    76
 Arsenic
5    76
 Arsenic
6    76
 Kratom
6    76
 Fentanyl
6    76
 Heroin
5    76
 Heroin

6   76
 Hallucinogens
5   76
 Opium
2   75
 Khat
2   75
 Mescaline
4   75
 Heavy synthetic drugs
7   75
 Synthetic Cathiones
3   75
 Yama Potpourri                                          8458658
4   74
 Heroin
5   74
 Kratom
5   74
 Cadmium
7   74
 Salvia
7   74
 APVP
6   74
 Ice
6   73
 Opium
2   73
 Synthetic Cannabinoids
3   73
 Allprazolam
6   73
 Salvia
6   73
 Khat
5   72
 Ecstasy
6   71
 Rohypnol
5   71
 Khat
4   71
 Loperamide
5   71
 Synthetic Cannabinoids
2   71
 Mescaline
5   71
 Mescaline
4   71
 Crack
4   69
 Synthetic drugs
7   69
 Crystal Meth
6   69
 Speed

4    62
 Salvia
5    62
 Spice
3    62
 Speed
2    62
 Arsenic
3    62
 Methadone
5    62
 Allprazolam
5    62
 Ayahuasca
5    62
 Synthetic Cathiones
2    62
 Gras
5    61
 Hallucinogens
6    61
 Ecstasy
4    60
 Rohypnol
4    60
 Arsenic
4    60
 Cadmium
5    60
 Morphine
5    60
 Ayahuasca
4    60

7551125

Gretly Ellen Charles Norton

Rayburn 2136

FOR: WALTER REED HOSPITAL
about: Svetlana Dali
DL 31 986698
ssn: 7672
dali8467svetlana@ or 2460bBrown@
gmail.com                gmail.com
+1646 4985392

# INSTRUCTIONS FOR SUBMITTING <u>BASE ACCESS</u> REQUEST

## <u>PICK UP A PASS:</u>

- In order for your guests to gain access, please submit an e-mail using your **GOVERNMENT EMAIL** to:
  <u>USN.BETHESDA.NSABETHESDAMD.MBX.NSAB-ACCESS@HEALTH.MIL</u>

  <u>IN THE FOLLOWING FORMAT</u>:
  - o **<u>SUBJECT LINE</u>** Must state "Base Access Request"
  - o **<u>DATE(S) OF ACCESS</u>** Example: 01 JAN 2024 to 01 APR 2024
  - o **<u>VISITOR'S NAME</u>** Last, First, Middle
  - o **<u>DESTINATION ON BASE</u>** Building number
  - o **<u>SPONSORS NAME</u>** Last, First, Middle
  - o **<u>SPONSOR'S TELEPHONE NUMBER</u>** Cell phone **AND** work phone
  - o **<u>SPONSOR'S E-MAIL</u>** Must be a **GOVERNMENT E-MAIL**
  - o **<u>SPONSOR'S ID TYPE</u>** Example: Military Personnel, GS, Retiree, or Dependents
  - o **<u>ATTATCHED SECNAV 5512/1 (2021)</u>** Optional

  *****<u>NOTE</u>** An attached **<u>SIGNED DBIDS</u>** is required for anything longer than 3 months.

Request:
massenspectrometrie/Toxicology/Diagnostic/
/Fuel screen/WCA and Hard Metals and

*Thank you – VCC Staff*

nuclear Chemical Agents include

MD | Sen Ben Cardin - Hart 509
MD | Sen Chris Van Hollen - Hart 730
PA | Sen John Fetterman - Russell 142
PA | Sen Bob Casey - Russell 393
MD | Rep Andy Harris - Longworth 1536
202-225-5311

## INSTRUCTIONS FOR SUBMITTING A <u>PRE-VETTED ACCESS</u>

## REQUEST

## <u>PRE-VETTED ACCESS LIST:</u>

- For your guest's names to be placed on the pre-vetted access list, please submit an e-mail using your **GOVERNMENT EMAIL** to: <u>USN.BETHESDA.NSABETHESDAMD.MBX.NSAB-ACCESS@HEALTH.MIL</u> at least 2 weeks in advance, with a <u>**MINIMUM**</u> of 3 <u>**BUSINESS**</u> days' notice. (<u>MON-THURS</u>, excluding federal holidays) <u>IN THE FOLLOWING FORMAT</u>:
  - o <u>**SUBJECT LINE**</u> Must state "Pre-Vetted Access List"
  - o <u>**DATE(S) OF ACCESS**</u> Example: 01 JAN 2024 to 07 JAN 2024
  - o <u>**VISITOR'S NAME**</u> Last, First, Middle
  - o <u>**DESTINATION ON BASE**</u> Building number
  - o <u>**SPONSORS NAME**</u> Last, First, Middle
  - o <u>**SPONSOR'S TELEPHONE NUMBER**</u> Cell phone **AND** work phone
  - o <u>**SPONSOR'S E-MAIL**</u> Must be a **GOVERNMENT E-MAIL**
  - o <u>**SPONSOR'S ID TYPE**</u> Example: Military Personnel, GS, Retiree, or Dependents

## MUST ATTACH SECNAV 5512/1 (MAY 2021)

\***<u>NOTE</u>** Visitors may only be added to the access list <u>ONCE</u> for a maximum of 7 days. Any extension beyond that period will require a longer-term credential.

*Thank you – VCC Staff*

Let individual know that he cannot assist her in her request to get permission on the naval base. Told her she would need to speak with authority on military base to request permission from government email. ASD advised/advised that she could possibly get a referral from her doctor to connect with a military doctor. Spoke with District Director to confirm.

Step 1:
Get referral from own doctor for "military" test-

Step 2:
if test is needed on military base doctor on base will give permission for base access

Congress's/Congressman is not able to ask military to let individual on base per District Director, Aaron Ward.

- my name Taylor Johnson

# Congresswoman Eleanor Holmes Norton
## Request for Congressional Assistance

The Privacy Act of 1974 requires me to have a constituent's written permission for a federal agency to release information from its records. In order for me to make inquiries in your behalf you must complete and sign the following statement. If you are if you are inquiring on behalf if another person, her or she must sign the statement.

**Please Write Clearly**

Svetlana | Nina | Dali
*Full First Name* | *Full Middle Name* | *Full Last Name*

Holmes
*Street Number, Street Name, & Quadrant* | *Apt, Floor, Suite, Unit*

*Post Office Box or 2nd Address Line (If Applicable)*

Washington DC | DC | 20005
*City* | *State* | *Zip*

dali8467svet
*E-Mail*

08,04,1967 | 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 | (646)498-5392
*Date of Birth MM/DD/YY* | *Social Security Number (If Applicable)* | *Phone*

*File or Claim Number* | *Receipt Number* | *Other Reference or Tracking Number*

### Check all Agencies Involved

☑ DHS ☐ DOD ☐ DED ☐ EEOC ☐ HUD ☐ IRS
☐ Medicare ☐ OPM ☐ OWCP ☐ STATE ☑ Social Security
☐ USPS ☐ VA ☐ Other

*Other Agencies Involved*

*Branch of Service & Unit Name & Number (If Applicable)*

**Briefly State the Result Wanted.** You May Attach Additional Pages & Copies of Relevant Documents

I went in Hospital with suspicion of intoxication. In my past I have med. Tests that is practive of intoxication or with Heavy Met. nuclear chemical Agents. In Emergency room of Hospital told me that Hospital cannot todo this Test Because this Chemical not in Civil use They recommended me Military Hospital. I went in but They request me quest from Govrn

I hereby authorize any relevant entity or Federal Agency to release personal information to Congresswoman Eleanor Holmes Norton and her staff pertinent to the matter described on this form. I authorize Congresswoman Norton to request and to access to all records and reports relevant to my request for assistance.

Svetlana Dali | 09,09,2024
*Signature in Ink* | *Date Signed MM/DD/YYYY*

Return to Eleanor Holmes Norton Main District Office, Ronald Reagan International Trade Center, 1300 Pennsylvania Avenue NW, Suite M1000, Washington, DC 20004-3002.
**E-Mail:** Norton.Casework@Mail.House.Gov    **Fax:** (202) 408-9041    **Voice:** (202) 408-9041

* Required Information | Additional Space on Reverse

Without this Test unpossible to get medical Help to make Police Report, investigation, to find a Person who respond for these "Terroristic Criminal" so, unpossible to request "Protection on Order" for me and my family from Court.